UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| VERISSIMO, CARLO A. ) | | Case No. 08-21696-SPS |
| ) | | |
| Debtor(s). ) | | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 642, CHICAGO, IL 60604

   On: **June 2, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                $16,528.06

   Disbursements                                           $0.00

   Net Cash Available for Distribution                     $16,528.06

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **PHILIP V. MARTINO**<br>*Trustee Compensation* | $0.00 | $2,402.81 | $0.00 |
| **DLA PIPER LLP (US)**<br>*Attorney for Trustee* | $0.00 | $3,525.50 | $43.90 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,414,157.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.7500% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | RZB Finance LLC | $421,153.96 | $3,143.67 |
| 000002 | Chase Bank USA | $1,366.40 | $10.20 |
| 000005 | Old Second National Bank | $943,455.95 | $7,042.34 |
| 000008 | Chase Bank USA Na | $16,727.72 | $124.86 |
| 000009 | Secretary Of Labor, | $31,453.63 | $234.78 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **April 20, 2009**                                            For the Court,

                                                                     By:   **KENNETH S. GARDNER**
                                                                            CLERK OF THE COURT

Trustee:      Philip V. Martino
Address:      203 North Lasalle Street
              Suite 1800
              Chicago, IL  60601
Phone No.:    (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 20, 2009
Case: 08-21696                Form ID: pdf002              Total Served: 62

The following entities were served by first class mail on Apr 22, 2009.
db           +Carlo A. Verissimo,   175 E. Delaware, #5720,   Chicago, IL 60611-7724
aty          +DLA Piper US LLP,   203 N LaSalle Street,   Ste 1900,   Chicago, IL 60601-1263
aty          +Deborah M Gutfeld,   DLA Piper LLP (US),   203 North LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +James R Irving,   DLA Piper LLP US,   203 North LaSalle Street,   Chicago, IL 60601-1267
aty          +Konstantine T. Sparagis,   Law Offices of Konstantine Sparagis  P C,   8 S  Michigan Ave  27th Fl,
               Chicago, IL 60603-3357
aty          +Philip V Martino, ESQ,   DLA Piper US LLP,   203 N Lasalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Tim H Spruce,   Law Offices of Konstantine Sparagis,   8 S Michigan Street 2700,
               Chicago, IL 60603-3327
tr           +Philip V Martino, ESQ,   DLA Piper Rudnick Gray Cary US LLP,   203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
12526632     +ADT Security Services,   P.O. Box 371490,   Pittsburgh, PA 15250-7490
12526635     +ARSI,   555 St. Charles Dr., Ste. 100,   Thousand Oaks, CA 91360-3983
12526633     +Allied Interstate,   3000 Corporate Exchange Dr.,   Columbus, OH 43231-7684
12526634     +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
12526637     +Associate Area Counsel, SB/SE,   200 West Adams Street,   Ste. 2300,   Chicago, IL 60606-5231
12526638     +Bank of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
12747365     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12526643     +Capital One,   11013 W. Broad St.,   Glen Allen, VA 23060-5937
12526639     +Capital One,   PO Box 5294,   Carol Stream, IL 60197-5294
12526644     +Cara Phillips,   1440 Mansfield Dr.,   Aurora, IL 60502-6782
13713234     +Carlos Vasquez,   3644 W. 67th Place,   Chicago, IL 60629-4130
12526646     +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
12526645     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
12995285      Chase Bank USA NA,   PO BOX 15145,   Wilmington DE 19850-5145
12526647     +Countrywide,   P.O. Box 650225,   Dallas, TX 75265-0225
12526648     +Countrywide,   450 American St.,   Simi Valley, CA 93065-6285
12526650     +Credit Collection Services,   Two Wells Avenue, Dept. 9134,   Newton Center, MA 02459-3208
12526651     +D. Patrick Mullarkey, Tax Division,   PO Box 55,   Ben Franklin Station,
               Washington, DC 20044-0055
12526652     +D.R.S. Inc.,   4101 McEwen, #150,   Dallas, TX 75244-5109
12526653     +First Bank & Trust,   820 Church St.,   Evanston, IL 60201-3764
12902077     +First Bank & Trust of Evanston,   820 Church Street,   Evanston, IL 60201-3764
13713235     +First Bank of Richmond,   20 North 9th Street,   Richmond, IN 47374-3170
12526654     +First Bank of Richmond,   c/o First Federal Leasing,   Lois Berry,   P O Box 1145,
               Richmond, IN 47375-1145
12526655     +Fisher & Shapiro,   4201 Lake Cook Road,   Northbrook, IL 60062-1060
12526656     +GC Services Limited,   P.O. Box 36347,   Houston, TX 77236-6347
12526657     +GMAC,   P.O. Box 380902,   Bloomington, MN 55438-0902
12526658     +GMAC,   P.O. Box 380902,   Minneapolis, MN 55438-0902
12526659     +Goldberg Kohn et al,   55 E. Monroe St., Ste. 3300,   Chicago, IL 60603-5800
12526660     +Great American Finance,   205 W. Wacker Drive, Ste. 322,   Chicago, IL 60606-1294
12526663     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Mail Stop 5010 CHI,
               230 S. Dearborn Street,   Chicago, IL 60604)
12526662     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
12526661      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12526664     +Ira T. Nevel,   175 North Franklin, Ste. 201,   Chicago, IL 60606-1847
12526665     +Management Services Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
13713236     +Michael Marcolini,   3411 S. 54th Ave.,   Cicero, IL 60804-3930
12526666     +NCO Financial,   507 Prudential Rd,   Horsham, PA 19044-2368
12526667     +NCO Financial Systems,   PO Box 60024,   City Of Industry, CA 91716-0024
12526668     +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
12526669     +Old Second National Bank,   37 S. River St.,   Aurora, IL 60506-4172
12967790     +Old Second National Bank,   c/o Richard M Furgason,   1999 W Downer Place, Suite 101,
               Aurora, IL 60506-4777
12526670     +Provencal Builders, Inc.,   16 W. 343 83rd St., Ste. A,   Willowbrook, IL 60527-7950
12526673     +RZB Finance LLC,   Attn: Dan Dobrjanskyj,   24 Grassy Plain St.,   Bethel, CT 06801-1700
12726571     +RZB Finance LLC,   Attn: Christoph Hoedl,   24 Grassy Plain Street,   Bethel, CT 06801-1700
12526672     +Ron Reposch,   14201 S. Smith,   Lockport, IL 60441-7474
13003183     +Secretary of Labor,,   United States Department of Labor,   230 S. Dearborn St.;#844,
               Chicago, IL 60604-1779
12526675     +Small Business Administration,   c/o Joel Nathan, U.S. Attorney,   219 S. Dearborn St.,
               Chicago, IL 60604-1702
13713237     +Teri Meiners,   1422 E. Lowden Ave.,   Wheaton, IL 60189-6732
12526676     +Tomas Orozco,   6518 McArthur Dr.,   Woodridge, IL 60517-1335
12526678     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   PO Box 790084,   Saint Louis, MO 63179)
12526679     +US Department of Labor,   200 W. Adams St., Ste. 1600,   Chicago, IL 60606-5228
12526677     +United States Attorney,   219 S. Dearborn Street,   Chicago, IL 60604-1708
12526681     +WSC Service, Inc.,   10841 Bluegrass Pkwy.,   Louisville, KY 40299-2215
12526680     +William Mass,   1500 W. Shure Dr., Ste. 175,   Arlington Heights, IL 60004-1486
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Apr 20, 2009
Case: 08-21696                Form ID: pdf002          Total Served: 62
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Apr 21, 2009.
```
12526636     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance,
              P.O. Box 2036,   Warren, MI 48090-2036
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12526671       Pyramid Stone Mgf, Inc.
12526640*    +Capital One,   PO Box 5294,    Carol Stream, IL 60197-5294
12526641*    +Capital One,   PO Box 5294,    Carol Stream, IL 60197-5294
12526642*    +Capital One,   PO Box 5294,    Carol Stream, IL 60197-5294
12526649*    +Countrywide,   P.O. Box 650225,    Dallas, TX 75265-0225
12526674*    +RZB Finance LLC,   Attn: Dan Dobrjanskyj,    24 Grassy Plain St.,   Bethel, CT 06801-1700
12970567*    +William Mass,   1500 W. Shure Drive, Suite 175,   Arlington Heights, IL 60004-1486
                                                                                            TOTALS: 1, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2009**                    **Signature:**   *Joseph Speetjens*