# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VERISSIMO, CARLO A. | § | Case No. 08-21696 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,458,900.00 | Assets Exempt: 7,200.00 |
| Total Distributions to Claimants: 10,556.72 | Claims Discharged Without Payment: 2,702,679.94 |
| Total Expenses of Administration: 5,972.21 | |

3) Total gross receipts of $ 16,528.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 16,528.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 2,821,292.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 5,972.21 | 5,972.21 | 5,972.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 77,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 3,389,932.00 | 1,414,157.66 | 1,414,157.66 | 10,556.72 |
| TOTAL DISBURSEMENTS | $ 6,288,224.00 | $ 1,420,129.87 | $ 1,420,129.87 | $ 16,528.93 |

4) This case was originally filed under chapter 7 on 08/18/2008. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2010          By: /s/PHILIP V. MARTINO
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash in possession of CPA | 1129-000 | 16,524.35 |
| Post-Petition Interest Deposits | 1270-000 | 4.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 16,528.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | 387,359.00 | NA | NA | 0.00 |
| Countrywide 450 American St. Simi Valley, CA 93065 | | 325,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide P.O. Box 650225 Dallas, TX 75265 | | 1,460,493.00 | NA | NA | 0.00 |
| Countrywide P.O. Box 650225 Dallas, TX 75265 | | 26,500.00 | NA | NA | 0.00 |
| First Bank & Trust 820 Church St. Evanston, IL 60201 | | 18,200.00 | NA | NA | 0.00 |
| Great American Finance 205 W. Wacker Drive, Ste. 322 Chicago, IL 60606 | | 3,740.00 | NA | NA | 0.00 |
| RZB Finance LLC Attn: Dan Dobrjanskyj 24 Grassy Plain St. Bethel, CT 06801 | | 400,000.00 | NA | NA | 0.00 |
| William Mass 1500 W. Shure Dr., Ste. 175 Arlington Heights, IL 60004 | | 200,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 2,821,292.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 2,402.81 | 2,402.81 | 2,402.81 |
| DLA PIPER LLP (US) | 3110-000 | NA | 3,525.50 | 3,525.50 | 3,525.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DLA PIPER LLP (US) | 3120-000 | NA | 43.90 | 43.90 | 43.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,972.21 | $ 5,972.21 | $ 5,972.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associate Area Counsel, SB/SE 200 West Adams Street Ste. 2300 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| D. Patrick Mullarkey, Tax Division PO Box 55 Ben Franklin Station Washington, DC 20044 | | 0.00 | NA | NA | 0.00 |
| Illinois Department of Revenue - BK 100 W. Randolph St., #7-400 Chicago, IL 60601 | | 77,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 77,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADT Security Services P.O. Box 371490 Pittsburgh, PA 15250 | | 500.00 | NA | NA | 0.00 |
| ARSI 555 St. Charles Dr., Ste. 100 Thousand Oaks, CA 91360 | | 5,200.00 | NA | NA | 0.00 |
| Allied Interstate 3000 Corporate Exchange Dr. Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| American Express PO Box 297871 Fort Lauderdale, FL 33329 | | 11,645.00 | NA | NA | 0.00 |
| Asset Acceptance P.O. Box 2036 Warren, MI 48090 | | 1,060.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One 11013 W. Broad St. Glen Allen, VA 23060 | | 603.00 | NA | NA | 0.00 |
| Capital One PO Box 5294 Carol Stream, IL 60197 | | 6,100.00 | NA | NA | 0.00 |
| Capital One PO Box 5294 Carol Stream, IL 60197 | | 7,600.00 | NA | NA | 0.00 |
| Capital One PO Box 5294 Carol Stream, IL 60197 | | 1,100.00 | NA | NA | 0.00 |
| Capital One PO Box 5294 Carol Stream, IL 60197 | | 2,600.00 | NA | NA | 0.00 |
| Cara Phillips 1440 Mansfield Dr. Aurora, IL 60502 | | 6,200.00 | NA | NA | 0.00 |
| Credit Collection Services Two Wells Avenue, Dept. 9134 Newton Center, MA 02459 | | 570.00 | NA | NA | 0.00 |
| D.R.S. Inc. 4101 McEwen, #150 Dallas, TX 75244 | | 0.00 | NA | NA | 0.00 |
| First Bank of Richmond 20 North 9th St. Richmond, IN 47374 | | 0.00 | NA | NA | 0.00 |
| Fisher & Shapiro 4201 Lake Cook Road Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GC Services Limited P.O. Box 36347 Houston, TX 77236 | | 0.00 | NA | NA | 0.00 |
| GMAC P.O. Box 380902 Bloomington, MN 55438 | | 6,038.00 | NA | NA | 0.00 |
| GMAC P.O. Box 380902 Minneapolis, MN 55438 | | 766.00 | NA | NA | 0.00 |
| Goldberg Kohn et al 55 E. Monroe St., Ste. 3300 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| Ira T. Nevel 175 North Franklin, Ste. 201 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| Management Services Inc. PO Box 1099 Langhorne, PA 19047 | | 12,401.00 | NA | NA | 0.00 |
| NCO Financial 507 Prudential Rd Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| NCO Financial Systems PO Box 60024 City Of Industry, CA 91716 | | 0.00 | NA | NA | 0.00 |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | 1,497.00 | NA | NA | 0.00 |
| Provencal Builders, Inc. 16 W. 343 83rd St., Ste. A Willowbrook, IL 60527 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ron Reposch 14201 S. Smith Lockport, IL 60441 | | 250,000.00 | NA | NA | 0.00 |
| Small Business Administration c/o Joel Nathan, U.S. Attorney 219 S. Dearborn St. Chicago, IL 60604 | | 545,000.00 | NA | NA | 0.00 |
| US Bank PO Box 790084 Saint Louis, MO 63179 | | 12,759.00 | NA | NA | 0.00 |
| WSC Service, Inc. 10841 Bluegrass Pkwy. Louisville, KY 40299 | | 440.00 | NA | NA | 0.00 |
| OLD SECOND NATIONAL BANK | 7100-000 | 0.00 | 943,455.95 | 943,455.95 | 7,042.92 |
| RZB FINANCE LLC | 7100-000 | 2,500,000.00 | 421,153.96 | 421,153.96 | 3,143.92 |
| SECRETARY OF LABOR, | 7100-001 | 0.00 | 31,453.63 | 31,453.63 | 234.81 |
| CHASE BANK USA | 7100-900 | 1,165.00 | 1,366.40 | 1,366.40 | 10.20 |
| CHASE BANK USA NA | 7100-900 | 16,688.00 | 16,727.72 | 16,727.72 | 124.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 3,389,932.00 | $ 1,414,157.66 | $ 1,414,157.66 | $ 10,556.72 |

UST Form 101-7-TDR (9/1/2009) (Page: 9)